# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-4428
_____

LEVAR FLOYD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Marianne L. Aho, Judge.

August 14, 2019

PER CURIAM.

AFFIRMED.

B.L. THOMAS, MAKAR, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Levar Floyd, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.